**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** SALAM ALKHAFAJI | **COURT CASE NUMBER** CV-11-741-PHX-DGC (MEA) |
| **DEFENDANT** RAIN, COUNTY OF MARICOPA, et al, CORRECTIONAL OFFICER RAIN | **TYPE OF PROCESS** SUMMONS/COMPLAINT/ORDER |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER RAIN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
EMPLOYED BY: MARICOPA COUNTY @ MARICOPA COUNTY JAIL - LOWER BUCKEYE JAIL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SALAM ALKHAFAJI #190205
ASPC-LEWIS / L26
P.O. BOX 3700
BUCKEYE, AZ 85326

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 07 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEFENDANT IS/WAS AN EMPLOYEE OF MARICOPA COUNTY. AT THE TIME OF FILING DEFENDANT WAS ASSIGNED AS AN OFFICER @ THE MARICOPA COUNTY LOWER BUCKEYE JAIL FACILITY. CONTACT INFO & ADDRESS MAY BE AVAILABLE FROM MARICOPA COUNTY PERSONEL/HUMAN RESOURCES

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 4-24-12

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1/5 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk CMS | Date 05/04/12 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 05/04/12
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: CMS

| Service Fee 8.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:** Agency unable to verify individual as an employee - need first name

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**